UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GORSKI KNOWLTON PC
311 Whitehorse Avenue; Suite A
Hamilton, New Jersey 08610
Phone: 609-964-4000
Fax:  609-585-2553
Attorneys for Debtor(s)
Allen I. Gorski, Esquire
agorski@gorskiknowlton.com

| In Re: | Case No.: | 15-21118-KCF |
|---|---|---|
| Kathleen Leonard Case | Judge: | Ferguson |
| 1849 South Clinton Avenue | | |
| Trenton, New Jersey 08610 | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for ___November 30, 2016___, at ___9 am___.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
See attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11-22-16

_Kathleen Case_
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Attachment to Certification in Opposition to Trustee's Motion to Dismiss**

I acknowledge that I have fell behind in Trustee payments but I have forwarded to the Trustee a payment of $1,350.00. I will be forwarding the Trustee another payment of $1,350.00 prior to the return date of the hearing on November 30, 2016.

Things have been slow at George C's Tavern but appeared to pick up in November. I spent time in Florida this fall caring for my 74-year-old mother who is sick and going blind. Now that I am back to work full time I expect to remain current with my Trustee payments.

Should there be any arrearage after the two $1,350 payments made in November. I would ask these arrears be rolled into the plan and capitalize.