Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–21118–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Leonard Case
   1849 South Clinton Avenue
   Trenton, NJ 08610

Social Security No.:
   xxx–xx–1076

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    5/11/17
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC. Attorneys for Debtor
Period: 03/24/2016 to 2/20/2017

COMMISSION OR FEES
$5598.18

EXPENSES
$184.52

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 29, 2017
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen Leonard Case  
    Debtor

Case No. 15-21118-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Mar 29, 2017  
                      Form ID: 137     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.

```
db            +Kathleen Leonard Case,    1849 South Clinton Avenue,     Trenton, NJ 08610-6206
cr             Dept of Treasury State of New Jersey,    PO Box 245,    Trenton, NJ  08695-0245
515565801     +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
515565802     +Aaron Sales & Lease Ow,    1015 Cobb Place Blvd.,    Kennesaw, GA 30144-3672
515565804      Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
515565806     +Ethel Snyder,    c/o Seelig and Rednor,    984 South Broad Street,    Trenton, NJ 08611-2008
515565805     +Ethel Snyder,    835 East Drive,    Bordentown, NJ 08505-1905
515565807     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515565808      George C's Tavern LLC,    1849 South Clinton Avenue,    Trenton, NJ 08610-6206
515645996     +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515565811     +Kivitz McKeever Lee, PC (M&T Bank v Case,    216 Haddon Avenue,    Suite 406,
                Collingswood, NJ 08108-2812
515565812     +Lhr Inc,    56 Main Street,    Hamburg, NY 14075-4905
515565814     +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
515565815      New Jersey Attorney General Office,    Division of Law,    Hughes Justice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
515565816     +New Jersey Department of Labor,    PO Box 379,    Divison of Employer Accounts,
                Trenton, NJ 08625-0379
515565817     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
515565819    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation-Bankruptcy Section,
                50 Barrack St. 9th floor,    PO Box 245,    Trenton, NJ 08646-0245)
515565818     +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
515565820      State of New Jersey Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
515565821     +United States Attorney General,    US Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                Washington, DC 20044-0683
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515565803     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 29 2017 23:14:13
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                Attn: John McCarthy, Asset Manager,    Miami, FL 33146-1837
515856820      E-mail/Text: cio.bncmail@irs.gov Mar 29 2017 23:13:05     IRS,
                955 S. Springfield Ave., Bldg. A,    Springfield, NJ  07081
515565810      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2017 23:13:58     Jefferson Capital Systems,
                16 Mcleland Rd,    Saint Cloud, MN 56303
515770477      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2017 23:13:59     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
515565813      E-mail/Text: camanagement@mtb.com Mar 29 2017 23:13:21     M&T Bank,    PO Box 1288,
                Buffalo, NY 14240-1288
515770404     +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2017 23:13:59     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515565822     +E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42     United States Attorney Office,
                970 Broad Street,    Suite 700,    Peter Rodino Federal Building,    Newark, NJ 07102-2527
515565823     +E-mail/Text: bnc-bluestem@quantum3group.com Mar 29 2017 23:14:25     Webbank/fingerhut Fres,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 10
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*           +Ethel Snyder,    835 East Drive,    Bordentown, NJ 08505-1905
515565809*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 29, 2017
                              Form ID: 137             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Kathleen Leonard Case agorski@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Howard S. Rednor    on behalf of Creditor Ethel   Snyder sandrlaw@verizon.net
              Joshua I. Goldman    on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7
```