UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com

In Re:

Kathleen Leonard Case

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____15-21118_____

Chapter:          13

Judge:          Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Allen I. Gorski, Esquire_____, the applicant, is allowed a fee of $ _____5,598.18_____ for services rendered and expenses in the amount of $_____184.52_____ for a total of $_____5,782.70_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,761.00_____ per month for _____37_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-21118-KCF
Kathleen Leonard Case                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1          Date Rcvd: May 12, 2017
                           Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db           +Kathleen Leonard Case,    1849 South Clinton Avenue,    Trenton, NJ 08610-6206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Allen I Gorski   on behalf of Debtor Kathleen Leonard Case agorski@gorskiknowlton.com
          Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Howard S. Rednor   on behalf of Creditor Ethel  Snyder sandrlaw@verizon.net
          Joshua I. Goldman   on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                          TOTAL: 7