| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GORSKI KNOWLTON PC<br>311 Whitehorse Avenue; Suite A<br>Hamilton, New Jersey 08610<br>Phone: 609-964-4000<br>Fax:  609-585-2553<br>Attorneys for Debtor(s)<br>Allen I. Gorski, Esquire<br>agorski@gorskiknowlton.com | |
| In Re:<br><br>Kathleen Leonard Case | Case No.:   15-21118-KCF<br><br>Judge:   Ferguson<br><br>Chapter:   13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for   November 29, 2017  , at   9 am  .

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
See attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/30/17

*Kathleen Case*
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Attachment to Certification in Opposition
to Trustee's Motion to Dismiss**

      I filed Modified Plan on October 31, 2017 addressing the M&T Bank arrears and the Court Order of August 31, 2017 (Doc. #58).

      I increased my Trustee payments to accommodate the rolling in of M&T Bank arrears even though I did not sign the Modified Plan in August when it was prepared. By increasing the Trustee payments to $2,908.75 per month in October for the final 33 months, I should be able to complete my plan within 60 months.