Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  15−21118−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Leonard Case
   1849 South Clinton Avenue
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−1076

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 18, 2016.

   On 10/31/2017 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                  December 13, 2017
Time:                10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 1, 2017
JAN: amg

                                                                                         Jeanne Naughton
                                                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 15-21118-KCF
Kathleen Leonard Case                                          Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Nov 01, 2017
                             Form ID: 185             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Kathleen Leonard Case,    1849 South Clinton Avenue,    Trenton, NJ 08610-6206
cr              Dept of Treasury State of New Jersey,    PO Box 245,    Trenton, NJ  08695-0245
515565801      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
515565802     ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Ow,    1015 Cobb Place Blvd.,
                 Kennesaw, GA 30144)
515565804       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
515565805      +Ethel Snyder,   835 East Drive,    Bordentown, NJ 08505-1905
515565806      +Ethel Snyder,   c/o Seelig and Rednor,    984 South Broad Street,    Trenton, NJ 08611-2008
515565807      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515565808       George C's Tavern LLC,    1849 South Clinton Avenue,    Trenton, NJ 08610-6206
515645996      +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515565811      +Kivitz McKeever Lee, PC (M&T Bank v Case,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
515565812      +Lhr Inc,   56 Main Street,    Hamburg, NY 14075-4905
515565815       New Jersey Attorney General Office,    Division of Law,    Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
515565816      +New Jersey Department of Labor,    PO Box 379,    Divison of Employer Accounts,
                 Trenton, NJ 08625-0379
515565817      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516835242     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515565818      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
515565820       State of New Jersey Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
515565821      +United States Attorney General,    US Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2017 22:42:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2017 22:42:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515565803      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 01 2017 22:43:00
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                 Attn: John McCarthy, Asset Manager,    Miami, FL 33146-1837
515856820       E-mail/Text: cio.bncmail@irs.gov Nov 01 2017 22:42:09     IRS,
                 955 S. Springfield Ave., Bldg. A,    Springfield, NJ  07081
515565810       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 22:42:50     Jefferson Capital Systems,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
515770477       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 22:42:51     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
515565813       E-mail/Text: camanagement@mtb.com Nov 01 2017 22:42:19     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
515565814      +E-mail/Text: Bankruptcies@nragroup.com Nov 01 2017 22:43:33     National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
515770404      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2017 22:42:51     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515565818      +E-mail/Text: bankruptcy@sccompanies.com Nov 01 2017 22:43:38     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
515565822      +E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2017 22:42:34     United States Attorney Office,
                 970 Broad Street,    Suite 700,   Peter Rodino Federal Building,    Newark, NJ 07102-2527
515565823      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 01 2017 22:43:09     Webbank/fingerhut Fres,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ethel Snyder,   835 East Drive,    Bordentown, NJ 08505-1905
515565809*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515565819*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation-Bankruptcy Section,
                 50 Barrack St. 9th floor,    PO Box 245,    Trenton, NJ 08646-0245)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Nov 01, 2017
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Allen I Gorski    on behalf of Debtor Kathleen Leonard Case agorski@gorskiknowlton.com
          Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Howard S. Rednor     on behalf of Creditor Ethel   Snyder sandrlaw@verizon.net
          Joshua I. Goldman     on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                      TOTAL: 7
```