UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GORSKI KNOWLTON PC
311 Whitehorse Avenue; Suite A
Hamilton, New Jersey 08610
Phone: 609-964-4000
Fax: 609-585-2553
Attorneys for Debtor(s)
Allen I. Gorski, Esquire
agorski@gorskiknowlton.com

In Re:

Kathleen Leonard Case

Case No.: 15-21118-KCF

Judge: Ferguson

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for ___October 24, 2018___, at ___9 am___.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
See attached.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10-16-18                                    *Kathleen Case*
                                                  Debtor's Signature

Date: _____                             _____
                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Attachment to Certification in Opposition to Trustee's Motion to Dismiss

Attached please find the report from the National Data center website. I run a bar in Trenton and I am making partial payments to the Trustee every month as indicated by the Report from the National Data Center website.

I am hopeful after the summer business will pick up and will allow me to resume full payments at $2,909 per month and complete the Plan by the summer of 2020. I hope to have an additional good faith payment to the Trustee prior to the October 24, 2018 Hearing.

I sent $1,400 to the Trustee by regular mail on October 4, 2018. I should have another payment of approximately $2,000 to the Trustee. Unfortunately, I did not receive my social security check until the 4th Wednesday of the month and therefore I can not make the additional $2,000 payment until the October 24, 2018 hearing.

I am also scheduled to meet with my accountant on October 10, 2018 to prepare my 2017 tax returns that are on extension. I am hopeful that I may be receiving an income tax refund that I could devote to the Trustee to supplement plan payments.

I am optimistic about the ability to maintain payments in the future. April to the middle of September are traditionally a very slow time period for us. In our geographic area there are other local bars that experienced this slow summer. Additionally, because of the recent violence in Trenton many customers leave by 8pm. On Sunday afternoon we provide food and snacks to attempt to capture the football watching market. Other things that we have tried is to have birthday parties and Friday night karaoke, as well as, seasonal events such as a Halloween party.

The business has maintained current payments on taxes to the IRS and State of New Jersey, PSE&G, first mortgage to M&T Bank, the second mortgage to Ethel Snyder and all insurances that remain in place.

I am using my husband's social security and his pension to maintain Trustee and mortgage payments and pay business expenses. Once we complete Trustee payments in 2020 we will have a viable business with tax debt satisfied, first mortgage brought current, and the second mortgage released. I am putting in 70-80 hours per week towards saving my deceased husband's business.

# Case Number 1521118

## Debtor Information

| | |
|---|---|
| Debtor 1 | Kathleen Leonard Case |
| Debtor 2 | |

## Trustee Information

| | |
|---|---|
| Trustee | Albert Russo |

### Status

| | |
|---|---|
| Data Last Updated | Sep 24, 2018 |
| Total Paid into Plan | $46,498.75 |
| Petition Filed on | Jun 12, 2015 |

### Debtor's Latest Payments

| | | |
|---|---|---|
| MONEY ORDER | $615.00 | 09/07/2018 |
| MONEY ORDER | $613.00 | 08/07/2018 |
| MONEY ORDER | $700.00 | 07/17/2018 |

## CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Number | 1521118 | | Date Petition Filed | 06/12/2015 |
| Case Status | Confirmed | | Plan Filed Date | 10/31/2017 |
| NDC Case Status | Active-Open | | First 341 Meeting Date | 07/16/2015 |
| Balance on Hand | $1,148.18 | | Date Case Confirmed | 04/13/2016 |
| Last Receipt Date | 09/07/2018 | | Date Case Closed | |
| Last Receipt Amount | $615.00 | | | |
| Last Disbursement Date | 09/07/2018 | | | |
| Plan Base | $123,694.75 | | | |
| Total Paid into Plan | $46,498.75 | | | |
| Total Paid to all Parties | $45,350.57 | | | |

Additional Parties In Interest

## TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Albert Russo |
| Amount Paid to Date | $2,791.32 |

## JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | Kathryn C. Ferguson |
| Attorney Name | Allen I. Gorski, Esq. |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

## DEBTOR INFORMATION

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Debtor Name | Kathleen Leonard Case | Debtor Name | |
| Direct Payment Amt | $2,909.00 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |
| Payroll Deduction Frequency | | Payroll Deduction Frequency | |

**PLAN STEPS**    **COURT DOCKET**

| START DATE | DEBTOR NAME | PAYMENT AMOUNT | PAYMENT FREQUENCY | NUMBER OF PAY PERIODS | PAYING TYPE | PAYEE TYPE |
|---|---|---|---|---|---|---|
| 07/01/2015 | KATHLEEN LEONARD CASE | $750.00 | MONTHLY | 10 | | DEBTOR1 |
| 05/01/2016 | KATHLEEN LEONARD CASE | $1,337.00 | MONTHLY | 10 | | DEBTOR1 |
| 03/01/2017 | KATHLEEN LEONARD CASE | $2,000.00 | MONTHLY | 1 | | DEBTOR1 |
| 03/01/2017 | KATHLEEN LEONARD CASE | $1,591.00 | MONTHLY | 3 | | DEBTOR1 |
| 06/01/2017 | KATHLEEN LEONARD CASE | $1,761.00 | MONTHLY | 7 | | DEBTOR1 |
| 01/01/2018 | KATHLEEN LEONARD CASE | $2,909.00 | MONTHLY | | | DEBTOR1 |

# Claim Summary

NATIONAL DATA CENTER

Case: 1521118    Debtor1 KATHLEEN LEONARD CASE    Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 11 | M&T BANK | MORTGAGE ARREARAGES - SECURED | $28,922.82 | $143,800.51 | $0.00 | $10,903.58 | $18,019.24 | $0.00 |
| 13 | M&T BANK | MORTGAGE ARREARAGES - SECURED | $34,088.16 | $0.00 | $0.00 | $9,445.17 | $24,642.99 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | PRIOR ATTORNEY | $7,186.36 | $7,186.36 | $0.00 | $7,186.36 | $0.00 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | ATTORNEY FEE | $5,782.70 | $5,782.70 | $0.00 | $5,782.70 | $0.00 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | PRIOR ATTORNEY | $4,450.33 | $4,450.33 | $0.00 | $4,450.33 | $0.00 | $0.00 |
| 0 | ALLEN I. GORSKI, ESQ. | PRIOR ATTORNEY | $2,243.00 | $2,243.00 | $0.00 | $2,243.00 | $0.00 | $0.00 |
| 12 | ETHEL SNYDER | MORTGAGE ARREARAGES - SECURED | $5,000.00 | $48,000.00 | $0.00 | $1,884.94 | $3,115.06 | $0.00 |
| 14 | M&T BANK | MORTGAGE ARREARAGES - SECURED | $531.00 | $0.00 | $0.00 | $531.00 | $0.00 | $0.00 |
| 3 | NJ DIVISION OF TAXATION | ALL OTHER SECURED DEBT - SECURED | $132.17 | $0.00 | $0.00 | $132.17 | $0.00 | $0.00 |
| 0 | | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE | ALL OTHER PRIORITY DEBT - PRIORITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ETHEL SNYDER | UNSECURED CREDITORS | $65,938.03 | $0.00 | $0.00 | $0.00 | $65,938.03 | $0.00 |
| 2 | GINNYS | UNSECURED CREDITORS | $304.62 | $304.00 | $0.00 | $0.00 | $304.62 | $0.00 |
| 4 | NJ DIVISION OF TAXATION | ALL OTHER PRIORITY DEBT - PRIORITY | $19,325.41 | $0.00 | $0.00 | $0.00 | $19,325.41 | $0.00 |
| 5 | NJ DIVISION OF TAXATION | UNSECURED CREDITORS | $553.00 | $0.00 | $0.00 | $0.00 | $553.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITORS | $351.76 | $352.00 | $0.00 | $0.00 | $351.76 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITORS | $126.31 | $126.00 | $0.00 | $0.00 | $126.31 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITORS | $477.93 | $478.00 | $0.00 | $0.00 | $477.93 | $0.00 |
| 9 | ETHEL SNYDER | MORTGAGE ARREARAGES - SECURED | $0.00 | $48,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Account Ledger

Case 1521118  Debtor1 KATHLEEN LEONARD CASE  Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

Filter By   All Claims        All Payees                    All Transactions        All Time

## Receipts & Disbursements



| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 09/07/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$39.98 |
| 09/07/2018 | | | N/A | MONEY ORDER (108185544566) | $615.00 |
| 09/05/2018 | 11 | 2375834 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$257.63 |
| 09/05/2018 | 13 | 2375834 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$352.34 |
| 09/05/2018 | 12 | 2375552 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$44.54 |
| 08/07/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$39.84 |
| 08/07/2018 | | | N/A | MONEY ORDER (108185534259) | $613.00 |
| 08/01/2018 | 12 | 2373525 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$63.62 |
| 08/01/2018 | 13 | 2373756 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$503.33 |
| 08/01/2018 | 11 | 2373756 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$368.04 |
| 07/17/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$45.50 |
| 07/17/2018 | | | N/A | MONEY ORDER (108185531872) | $700.00 |
| 07/05/2018 | 11 | 2371746 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$268.67 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/05/2018 | 13 | 2371746 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$367.43 |
| 07/05/2018 | 12 | 2371466 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$46.45 |
| 06/28/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$65.00 |
| 06/28/2018 | | | N/A | MONEY ORDER (108185555588) | $1000.00 |
| 06/04/2018 | | | ALBERT RUSSO | TRUSTEE FEE - DISBURSEMENT | $0.01 |
| 06/04/2018 | 12 | 2369203 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$38.18 |
| 06/04/2018 | 13 | 2369497 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$302.00 |
| 06/04/2018 | 11 | 2369497 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$220.83 |
| 05/29/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$47.45 |
| 05/29/2018 | | | N/A | MONEY ORDER (107899531509) | $730.00 |
| 04/30/2018 | | | N/A | MONEY ORDER (107899498399) | $600.00 |
| 04/30/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$39.00 |
| 04/02/2018 | 11 | 2365285 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$1070.27 |
| 04/02/2018 | 13 | 2365285 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$1463.69 |
| 04/02/2018 | 12 | 2365029 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$185.02 |
| 03/05/2018 | 12 | 2362674 | ETHEL SNYDER | PRINCIPAL (SYSTEM CHECK) | -$185.02 |
| 03/05/2018 | 13 | 2362973 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$1463.70 |
| 03/05/2018 | 11 | 2362973 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$1070.27 |
| 02/12/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$65.00 |
| 02/12/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$65.00 |
| 02/12/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$59.02 |
| 02/12/2018 | | | N/A | MONEY ORDER (107899512809) | $1000.00 |
| 02/12/2018 | | | N/A | MONEY ORDER (107899512810) | $1000.00 |
| 02/12/2018 | | | N/A | MONEY ORDER (107899512820) | $908.00 |
| 01/09/2018 | | | N/A | MONEY ORDER (107899523303) | $908.00 |
| 01/09/2018 | | | N/A | MONEY ORDER (107899523281) | $1000.00 |
| 01/09/2018 | | | N/A | MONEY ORDER (107899523292) | $1000.00 |
| 01/09/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$59.02 |
| 01/09/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$65.00 |
| 01/09/2018 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$65.00 |
| 01/05/2018 | 11 | 2359049 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$2140.81 |
| 01/05/2018 | 13 | 2359049 | M&T BANK | PRINCIPAL (SYSTEM CHECK) | -$2927.76 |