Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−21118−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen Leonard Case
   1849 South Clinton Avenue
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−1076

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 15, 2018
JAN: bwj

                                                       Jeanne Naughton
                                                       Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 15-21118-KCF
Kathleen Leonard Case                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 2          Date Rcvd: Nov 15, 2018
                                Form ID: 148                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db             +Kathleen Leonard Case,    1849 South Clinton Avenue,     Trenton, NJ 08610-6206
cr              Dept of Treasury State of New Jersey,    PO Box 245,    Trenton, NJ  08695-0245
515565801      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
515565804       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ 08091
515565806      +Ethel Snyder,    c/o Seelig and Rednor,    984 South Broad Street,    Trenton, NJ 08611-2008
515565805      +Ethel Snyder,    835 East Drive,    Bordentown, NJ 08505-1905
515565808       George C's Tavern LLC,    1849 South Clinton Avenue,    Trenton, NJ 08610-6206
515565811      +Kivitz McKeever Lee, PC (M&T Bank v Case,     216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
515565812      +Lhr Inc,    56 Main Street,    Hamburg, NY 14075-4905
515565815       New Jersey Attorney General Office,    Division of Law,    Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
515565816      +New Jersey Department of Labor,    PO Box 379,    Divison of Employer Accounts,
                 Trenton, NJ 08625-0379
515565817      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516835242      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
515565820       State of New Jersey Department of Labor,     PO Box 951,   Trenton, NJ 08625-0951
515565821      +United States Attorney General,    US Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 23:30:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 23:30:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,     One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515565802      +EDI: AAEO.COM Nov 16 2018 03:58:00      Aaron Sales & Lease Ow,    1015 Cobb Place Blvd.,
                 Kennesaw, GA 30144-3672
515565803      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 15 2018 23:30:45
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                 Attn: John McCarthy, Asset Manager,     Miami, FL 33146-1837
515565807      +EDI: AMINFOFP.COM Nov 16 2018 03:53:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515645996      +EDI: CBS7AVE Nov 16 2018 03:53:00      Ginny's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
515856820       EDI: IRS.COM Nov 16 2018 03:53:00      IRS,    955 S. Springfield Ave., Bldg. A,
                 Springfield, NJ  07081
515565810       EDI: JEFFERSONCAP.COM Nov 16 2018 03:53:00      Jefferson Capital Systems,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
515770477       EDI: JEFFERSONCAP.COM Nov 16 2018 03:53:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
515565813       E-mail/Text: camanagement@mtb.com Nov 15 2018 23:29:42      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
515565814      +E-mail/Text: Bankruptcies@nragroup.com Nov 15 2018 23:31:32      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
515770404      +EDI: JEFFERSONCAP.COM Nov 16 2018 03:53:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515565818      +EDI: CBS7AVE Nov 16 2018 03:53:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
515565822      +E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 23:30:18      United States Attorney Office,
                 970 Broad Street,    Suite 700,    Peter Rodino Federal Building,    Newark, NJ 07102-2527
515565823      +EDI: BLUESTEM Nov 16 2018 03:58:00      Webbank/fingerhut Fres,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ethel Snyder,    835 East Drive,    Bordentown, NJ 08505-1905
515565809*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515565819*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,     Division of Taxation-Bankruptcy Section,
                 50 Barrack St. 9th floor,    PO Box 245,   Trenton, NJ 08646-0245)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2018
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Allen I Gorski    on behalf of Debtor Kathleen Leonard Case agorski@gorskiknowlton.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Howard S. Rednor    on behalf of Creditor Ethel   Snyder sandrlaw@verizon.net
          Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
                                                                                       TOTAL: 8
```