Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                               Case No.: 15–21118–KCF  
                               Chapter:  13  
                               Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Kathleen Leonard Case  
   1849 South Clinton Avenue  
   Trenton, NJ 08610

Social Security No.:  
   xxx–xx–1076

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 28, 2019</u>                    <u>Kathryn C. Ferguson</u>  
                                            Judge, United States Bankruptcy Court